| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 3 | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| | nicholas.marfori@ogletree.com |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, California  90071 |
| 5 | Telephone:    213-239-9800 |
| | Facsimile:    213-239-9045 |
| 6 | |
| 7 | Attorneys for Defendant Leadwell Global Property LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary Rios, | Case No. 3:21-cv-00267-PJH-JCS |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)** |
| v. | |
| Leadwell Global Property LLC, a Delaware Limited Liability Company; | Date:    May 6, 2021<br>Time:    1:30 p.m.<br>Location:    Courtroom 3, Oakland |
| Defendant. | [*Filed concurrently with Memorandum of Points and Authorities; Corporate Disclosure Statement and Certificate of Interested Parties and Request for Judicial Notice*] |
| | Complaint Filed:    January 11, 2021<br>Trial Date:    None<br>Trial Date:    None<br>District Judge:    Hon. Phyllis J. Hamilton<br>                          Courtroom 3, Oakland<br>Magistrate Judge: Hon. Joseph C. Spero<br>                          Courtroom F, San Francisco |

46515952_1.docx

Case No. 3:21-cv-00267-PJH-JCS
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF MARY RIOS AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on May 6, 2021 at 1:30 a.m., or as soon after that as the matter may be heard, before the Honorable Phyllis J. Hamilton in Courtroom 3 of the above-entitled Court, located at 1301 Clay Street, Oakland, California 94612, Defendant Leadwell Global Property LLC ("Defendant") will and hereby does move the Court for an Order dismissing each of the claims for relief brought by Plaintiff Mary Rios ("Plaintiff") in this action for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the remaining pleadings on file in this case, the record as a whole, and upon such further oral and documentary evidence and argument as may be presented at or before the time of the hearing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 24, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|  | By: /s/ J. Nicholas Marfori |
|  |     Amber L. Roller |
|  |     J. Nicholas Marfori |
|  | Attorneys for Defendant Leadwell Global Property LLC |

46515952.1

46515952_1.docx

1   Case No. 3:21-cv-00267-PJH-JCS
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)